UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EBEN ALEXANDER, III, M.D.<br><br>Plaintiff,<br><br>v.<br><br>BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC., successor to Brigham Surgical Group Foundation, Inc., BOSTON NEUROSURGICAL FOUNDATION INC., BRIGHAM SURGICAL GROUP FOUNDATION, INC. DEFERRED COMPENSATION PLAN, BRIGHAM SURGICAL GROUP FOUNDATION, INC. FACULTY RETIREMENT BENEFIT PLAN, COMMITTEE ON COMPENSATION OF THE BRIGHAM SURGICAL GROUP FOUNDATION, INC., FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO., INC., FIDELITY MANAGEMENT TRUST CO., and PETER BLACK, M.D.<br><br>Defendants. | Case No. 04-10738 PBS |

## STIPULATION TO EXTEND TIME

Plaintiff Eben Alexander, III, M.D. ("Plaintiff") and defendants Fidelity Investments Institutional Operations Co., Inc. and Fidelity Management Trust Co. (collectively, the "Fidelity Defendants") hereby stipulate and agree that the time for the Fidelity Defendants to answer or otherwise respond to the Complaint is extended through and including May 24, 2004.

Respectfully submitted,

EBEN ALEXANDER, III, M.D.,

By his attorneys,

*Michael Paris/LDH*
Michael Paris (BBO # 556791)
Colleen C. Cook (BBO # 636359)
NYSTROM BECKMAN & PARIS LLP
10 St. James Avenue, 16th Floor
Boston, MA 02116
(617) 778-9100

FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO. and FIDELITY MANAGEMENT TRUST CO.

By their attorneys,

*Laurie Drew Hubbard*
David C. Casey (BBO No. 077260)
Gregory C. Keating (BBO No. 564523)
Laurie Drew Hubbard (BBO No. 651109)
LITTLER MENDELSON, PC
225 Franklin Street, 26th Floor
Boston, MA 02110
(617) 217-2831

Dated: May 13, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each other party by first-class mail on May 13, 2004.

*Laurie Drew Hubbard*
Laurie Drew Hubbard

Boston:1814.1 047950.1000