UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 MAY 24  P 4:52

U.S. DISTRICT COURT
DISTRICT OF MASS.

EBEN ALEXANDER, III, M.D.

      Plaintiff,

v.

BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC., successor to Brigham Surgical Group Foundation, Inc., BOSTON NEUROSURGICAL FOUNDATION INC., BRIGHAM SURGICAL GROUP FOUNDATION, INC. DEFERRED COMPENSATION PLAN, BRIGHAM SURGICAL GROUP FOUNDATION, INC. FACULTY RETIREMENT BENEFIT PLAN, COMMITTEE ON COMPENSATION OF THE BRIGHAM SURGICAL GROUP FOUNDATION, INC., FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO., INC., FIDELITY MANAGEMENT TRUST CO., and PETER BLACK, M.D.

      Defendants.

Case No. 04-10738 PBS

## DEFENDANTS' MOTION TO DISMISS

Defendants Brigham and Women's Physicians Organization, Inc., Boston Neurosurgical Foundation, Inc., Brigham Surgical Group Foundation, Inc. Deferred Compensation Plan, Brigham Surgical Group Foundation, Inc. Faculty Retirement Plan, Committee on Compensation of the Brigham Surgical Group Foundation, Inc., Peter Black, M.D., Fidelity Management Trust Co., and Fidelity Investments Institutional Operations Co. (collectively, the "defendants"), hereby move the Court to dismiss plaintiff Eben Alexander, III, M.D.'s Complaint in its entirety. As set forth in greater detail in defendants' accompanying Memorandum of Law in Support of their Motion to Dismiss, the Complaint must be dismissed in its entirety because (1) plaintiff's

state law claims (Counts I-VIII and XIII) are preempted by ERISA and (2) plaintiff's ERISA claims (Counts IX-XII) are barred because he failed to exhaust his administrative remedies before filing this action. Further, plaintiff cannot state a claim against Fidelity Investments Institutional Operations Co., Inc. or Fidelity Management Trust Co. because they had no obligations to him and he is not entitled to a jury trial.

### Request for Oral Argument

Defendants respectfully request oral argument on this Motion. As grounds for this request, defendants state that oral argument will assist the Court in clarifying and disposing of the issues raised in this Motion.

Respectfully submitted,

BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC., BOSTON NEUROSURGICAL FOUNDATION INC., BRIGHAM SURGICAL GROUP FOUNDATION, INC. DEFERRED COMPENSATION PLAN, BRIGHAM SURGICAL GROUP FOUNDATION, INC. FACULTY RETIREMENT BENEFIT PLAN, COMMITTEE ON COMPENSATION OF THE BRIGHAM SURGICAL GROUP FOUNDATION, INC., PETER BLACK, M.D., FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO., INC. AND FIDELITY MANAGEMENT TRUST CO., INC.

By their attorneys,

_____
David C. Casey (BBO No. 077260)
Gregory C. Keating (BBO No. 564523)
Laurie Drew Hubbard (BBO No. 651109)
LITTLER MENDELSON, PC
225 Franklin Street, 26th Floor
Boston, MA 02110
(617) 217-2831

Dated: May 24, 2004

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on May 24, 2004, I conferred with counsel for plaintiff in a good faith but unsuccessful attempt to narrow the issues presented in this Motion.

*Laurie Drew Hubbard*
Laurie Drew Hubbard

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each other party by hand on May 24, 2004.

*Laurie Drew Hubbard*
Laurie Drew Hubbard

Boston:1928.1 047950.1000

- 3 -