UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -2  P 3: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

EBEN ALEXANDER, III, M.D.

Plaintiff,

v.

BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC., successor to Brigham Surgical Group Foundation, Inc., BOSTON NEUROSURGICAL FOUNDATION INC., BRIGHAM SURGICAL GROUP FOUNDATION, INC. DEFERRED COMPENSATION PLAN, BRIGHAM SURGICAL GROUP FOUNDATION, INC. FACULTY RETIREMENT BENEFIT PLAN, COMMITTEE ON COMPENSATION OF THE BRIGHAM SURGICAL GROUP FOUNDATION, INC., FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO., INC., FIDELITY MANAGEMENT TRUST CO., and PETER BLACK, M.D.

Defendants.

Case No. 04-10738 PBS

## DEFENDANT BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, defendant Brigham and Women's Physicians Organization, Inc. ("BWPO") states that its parent corporation is Brigham and Women's/Faulkner Hospitals, Inc. BWPO further states that no publicly held company owns 10% or more of its stock.

Respectfully submitted,

BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC.,

By its attorneys,

*Laurie Drew Hubbard*
David C. Casey (BBO No. 077260)
Gregory C. Keating (BBO No. 564523)
Laurie Drew Hubbard (BBO No. 651109)
LITTLER MENDELSON, PC
225 Franklin Street, 26th Floor
Boston, MA 02110
(617) 217-2831

Dated: June 2, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each other party by first class mail on June 2, 2004.

*Laurie Drew Hubbard*
Laurie Drew Hubbard

Boston:2060.1 047950.1000

# LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

FILED
IN CLERKS OFFICE

2004 JUN -2 P 3:55

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 2, 2004

Laurie Drew Hubbard
Direct: 617.217.2081
Direct Fax: 617.217.2559
lhubbard@littler.com

**BY HAND**

Clerk of Court
United States District Court for the District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02110

Re:   *Alexander v. Brigham and Women's Physicians Organization, Inc., et al.*
       Civil Action No. 04-10738-PBS

Dear Clerk:

Enclosed for filing in the above-referenced matter please find the following:

1. Defendant Brigham and Women's Physicians Organization, Inc.'s Corporate Disclosure Statement;

2. Defendant Fidelity Management Trust Co.'s Corporate Disclosure Statement; and

3. Defendant Fidelity Investments Institutional Operations Co., Inc.'s Corporate Disclosure Statement.

Thank you for your attention to this matter. Please do not hesitate to contact me should you have any questions or need additional information.

Very truly yours,

*Laurie Drew Hubbard*

Laurie Drew Hubbard

Enclosure

cc:   David C. Casey, Esq.
       Gregory C. Keating, Esq.
       Michael Paris, Esq.

ARIZONA
CALIFORNIA
COLORADO
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
MASSACHUSETTS
MINNESOTA
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
TEXAS
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
225 Franklin Street, 26th Floor, Boston, Massachusetts 02110.2804  Tel: 617.217.2831  Fax: 617.217.2559  www.littler.com