UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EBEN ALEXANDER, III, M.D.<br><br>Plaintiff,<br><br>v.<br><br>BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC., successor to Brigham Surgical Group Foundation, Inc., BOSTON NEUROSURGICAL FOUNDATION INC., BRIGHAM SURGICAL GROUP FOUNDATION, INC. DEFERRED COMPENSATION PLAN, BRIGHAM SURGICAL GROUP FOUNDATION, INC. FACULTY RETIREMENT BENEFIT PLAN, COMMITTEE ON COMPENSATION OF THE BRIGHAM SURGICAL GROUP FOUNDATION, INC., FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO., INC., FIDELITY MANAGEMENT TRUST CO., and PETER BLACK, M.D.<br><br>Defendants. | Case No. 04-10738 PBS |

## DEFENDANT FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO., INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, defendant Fidelity Investments Institutional Operations Co., Inc. ("FIIOC") states that its parent corporation is FMR Corporation. FIIOC further states that no publicly held company owns 10% or more of its stock.

Respectfully submitted,

FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO., INC.

By its attorneys,


*Laurie Drew Hubbard*
David C. Casey (BBO No. 077260)
Gregory C. Keating (BBO No. 564523)
Laurie Drew Hubbard (BBO No. 651109)
LITTLER MENDELSON, PC
225 Franklin Street, 26th Floor
Boston, MA 02110
(617) 217-2831

Dated: June 2, 2004


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each other party by first class mail on June 2, 2004.

*Laurie Drew Hubbard*
Laurie Drew Hubbard


Boston:2064.1 047950.1000