UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eben Alexander, III
        Plaintiff,                      CIVIL ACTION
                                                      NO.   04-10738-PBS
     v.

Brigham & Women's Physicians Organization, Inc., et al
        Defendants.

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                                                                            June 14, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss on **July 23, 2004**, at **3:30 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                       By the Court,

                                                       /s/ Robert C. Alba
                                                     Deputy Clerk

Copies to:  All Counsel