```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| EBEN ALEXANDER, III, M.D.<br>        Plaintiff,<br><br>        v.<br><br>BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC., successor to Brigham Surgical Group Foundation, Inc., BOSTON NEUROSURGICAL FOUNDATION, INC., BRIGHAM SURGICAL GROUP FOUNDATION, INC., DEFERRED COMPENSATION PLAN, BRIGHAM SURGICAL GROUP FOUNDATION, INC., FACULTY RETIREMENT BENEFIT PLAN, COMMITTEE ON COMPENSATION OF THE BRIGHAM SURGICAL GROUP FOUNDATION, INC., FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO., IN., FIDELITY MANAGEMENT TRUST CO., and PETER BLACK, M.D.,<br>        Defendants. | CIVIL ACTION NO. 04-10738-PBS |

## ORDER OF RECUSAL

July 23, 2004

Saris, U.S.D.J.

    I recuse myself on the ground that my brother, a neurosurgeon, knows the parties.

                                                **S/PATTI B. SARIS**
                                                United States District Judge