UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EBEN ALEXANDER, III, M.D. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRIGHAM AND WOMEN'S PHYSICIANS )<br>ORGANIZATION, INC., successor to )<br>Brigham Surgical Group Foundation, Inc., )<br>BOSTON NEUROSURGICAL FOUNDATION )<br>INC., BRIGHAM SURGICAL GROUP )<br>FOUNDATION, INC. DEFERRED )<br>COMPENSATION PLAN, BRIGHAM )<br>SURGICAL GROUP FOUNDATION, INC. )<br>FACULTY RETIREMENT BENEFIT )<br>PLAN, COMMITTEE ON COMPENSATION )<br>OF THE BRIGHAM SURGICAL GROUP )<br>FOUNDATION, INC., FIDELITY )<br>INVESTMENTS INSTITUTIONAL )<br>OPERATIONS CO., INC., FIDELITY )<br>MANAGEMENT TRUST CO., and )<br>PETER BLACK, M.D. )<br>)<br>Defendants. )<br>) | Case No. 04-10738 PBS |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that, effective immediately, the address of the attorney for Defendants, Brigham and Women's Physicians Organization, Inc., Boston Neurosurgical Foundation, Inc., Brigham Surgical Group Foundation, Inc., Deferred Compensation Plan, Brigham Surgical Group Foundation, Inc. Faculty Retirement Benefit Plan, Committee on Compensation of The Brigham Surgical Group Foundation, Inc. and Peter Black, M.D., is as follows:

Gregory C. Keating, Esq.
Littler Mendelson, P.C.
One International Place
Suite 2700
Boston, MA  02110
Phone:  (617) 378-6003
Facsimile:  (617) 737-0052
E-Mail:  gkeating@littler.com

Respectfully submitted,

BRIGHAM AND WOMEN'S
PHYSICIANS ORGANIZATION, INC.,
BOSTON NEUROSURGICAL
FOUNDATION, INC., BRIGHAM
SURGICAL GROUP FOUNDATION, INC.
DEFERRED COMPENSATION PLAN,
BRIGHAM SURGICAL GROUP
FOUNDATION, INC. FACULTY
RETIREMENT BENEFIT PLAN,
COMMITTEE ON COMPENSATION OF
THE BRIGHAM SURGICAL GROUP
FOUNDATION, INC., and PETER
BLACK, M.D.,

By their attorneys,

_____
David C. Casey (BBO No. 077260)
Gregory C. Keating (BBO No. 564523)
Laurie Drew Hubbard (BBO No. 651109)
LITTLER MENDELSON, PC
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6003

Dated: November 12, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each other party by first-class mail on November 12, 2004.

_____
Gregory C. Keating

Boston:4907.1 047950.1002