UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-10738

| Eben Alexander | Brigham & Women's Physician's Org. |
|---|---|
| PLAINTIFF | DEFENDANT |
| Colleen Cook | David Casey |
| Michael Paris | Gregory Keating |
|  | Laurie Hubbard |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER  Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 11/29/04 | Parties report that the administrative process has been completed since October 1, 2004. Counts 9 through 12 of the plaintiff's complaint is no longer subject to the defendants' motion to dismiss and the motion is denied as to those counts. Court listens to oral arguments on defendants' motion to dismiss as to counts 1 through 8 (docket no. 4). Counts 1 through dismissed as to the Fidelity defendants with the agreement of the plaintiff. Counts 1 through dismissed as to BSG/BWPO with the agreement of the plaintiff. Court allows the motion to dismiss as to BNF and Dr. Peter Black with regard to counts 1 through 8 without prejudice. Court states the reason for its decision in court. Plaintiff to file an amended complaint by 1/5/05. Defendants' answer shall be filed by 1/28/05. Parties ordered to confer and to report regarding whether discovery is appropriate by 2/4/05. Parties shall also file a proposed schedule on 2/4/05 as well. If there is no motion to dismiss the court will hold a hearing on 2/10/05 at 4:00 PM. Parties shall by 12/17/04 report regarding settlement. |