UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EBEN ALEXANDER, III, M.D.<br><br>   Plaintiff,<br><br>   v.<br><br>BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC., successor to Brigham Surgical Group Foundation, Inc., BOSTON NEUROSURGICAL FOUNDATION INC., BRIGHAM SURGICAL GROUP FOUNDATION, INC. DEFERRED COMPENSATION PLAN, BRIGHAM SURGICAL GROUP FOUNDATION, INC. FACULTY RETIREMENT BENEFIT PLAN, COMMITTEE ON COMPENSATION OF THE BRIGHAM SURGICAL GROUP FOUNDATION, INC., FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO., INC., FIDELITY MANAGEMENT TRUST CO., and PETER BLACK, M.D.<br><br>   Defendants. | Case No. 04-10738-MLW |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, plaintiff, Eben Alexander, III, M.D., and counsel for plaintiff hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| Plaintiff | Counsel for Plaintiff |
|---|---|
| *[signature]* | *[signature]* |
| Eben Alexander, III, M.D. | Michael Paris (BBO No. 556791) |
| | Colleen C. Cook (BBO No. 636359) |
| | NYSTROM BECKMAN & PARIS |
| | 10 St. James Avenue, 16th Floor |
| | Boston, MA 02116 |
| | (617) 778-9100 |

Dated: November 29, 2004

2