# NYSTROM BECKMAN & PARIS LLP
### COUNSELORS AT LAW

December 17, 2004

**Via Hand Delivery**
Honorable Mark J. Wolf
c/o Dennis O'Leary, Clerk
United States District Court
Courtroom 10, 5th Floor
1 Courthouse Way
Boston, Massachusetts 02210

Re:  Eben Alexander, III, M.D. v. Brigham and Women's Physicians Organization, Inc.
     C.A. No. 04-10738 MLW (D. Mass.)

Dear Judge Wolf,

This letter is submitted on behalf of all parties to report to the Court regarding settlement. The parties have had an extended settlement meeting and are currently engaged in settlement discussions. The parties will report back to the Court again on December 30, 2004 regarding whether or not they believe they would benefit from the Court's involvement to successfully conclude such discussions, on the one hand, or whether they believe they can do so on their own, on the other. The parties also will report on December 30th regarding whether they will be asking the Court to enlarge the current schedule for filing and answering an amended complaint.

Thank you.

Very truly yours,

**NYSTROM BECKMAN & PARIS LLP**

BY: _____
Michael Paris

MP/jt

cc:  David Casey, Esquire (via facsimile)