

# LITTLER MENDELSON®

December 30, 2004

David C. Casey
Direct: 617.378.6001
Direct Fax: 617.737.0052
dcasey@littler.com

**BY HAND**

Honorable Mark J. Wolf
c/o Dennis O'Leary, Clerk
United States District Court
5th Floor, Courtroom 10
1 Courthouse Way
Boston, MA 02210

Re:  *Alexander v. Brigham and Women's Physicians Organization, Inc., et al.*
     Civil Action No. 04-10738 MLW

Dear Judge Wolf:

Following Michael Paris' December 17, 2004 letter to the Court, and after engaging in meaningful discussions and exchanging relevant information, the parties hereby request another brief extension of time to continue to pursue settlement discussions. The parties request that the Court grant them leave to report to the Court on or before January 14, 2005 regarding the status of their settlement discussions and that the Court suspend all previously identified filing deadlines until January 14, 2005. Thank you.

Respectfully submitted,

David C. Casey

cc:   Gregory C. Keating, Esq.
      Michael Paris, Esq. (by facsimile)

Boston:5805.1 047950.1002

One International Place, Suite 2700, Boston, Massachusetts 02110  Tel: 617.378.6000 Fax: 617.737.0052