UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 MAR -8  P 4:45

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| EBEN ALEXANDER, III, M.D. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIGHAM AND WOMEN'S PHYSICIANS ) <br> ORGANIZATION, INC., successor to ) <br> Brigham Surgical Group Foundation, Inc., ) <br> BOSTON NEUROSURGICAL FOUNDATION ) <br> INC., BRIGHAM SURGICAL GROUP ) <br> FOUNDATION, INC. DEFERRED ) <br> COMPENSATION PLAN, BRIGHAM ) <br> SURGICAL GROUP FOUNDATION, INC. ) <br> FACULTY RETIREMENT BENEFIT ) <br> PLAN, COMMITTEE ON COMPENSATION ) <br> OF THE BRIGHAM SURGICAL GROUP ) <br> FOUNDATION, INC., and ) <br> PETER BLACK, M.D. ) <br> ) <br> Defendants. ) | Case No. 04-10738-MLW |

## ASSENTED-TO MOTION TO EXTEND RULE 56 DEADLINE

Plaintiff Eben Alexander, M.D. ("Dr. Alexander") hereby respectfully requests that this Court extend the time within which Dr. Alexander has to file his motion for summary judgment by 14 days. In support hereof, Dr. Alexander states that the parties are endeavoring to stipulate to certain facts which will assist the Court in deciding the motion for summary judgment and the additional time is required for the parties to work out a stipulation. In further support hereof, Dr. Alexander states as follows:

1. This action was filed in April 2004 and initially assigned to Judge Saris. In July 2004, this action was reassigned to this Court based on the recusal of Judge Saris. On November

29, 2004, an initial scheduling conference was held, as well as oral argument on defendants' motion to dismiss. The Court granted the motion to dismiss in part.

2. Subsequent to the November 29th hearing, the parties engaged in a series of settlement discussions and reported back to the Court on three separate occasions concerning the status of the settlement discussions. On January 14, 2005, the parties reported that they were unable to settle the case and jointly requested that the plaintiff file a motion for summary judgment on the question of whether either or both of the Brigham Surgical Group Foundation's deferred compensation plans are valid top hat plans under ERISA before engaging in any other litigation.

3. On January 30, 2005, the Court adopted the parties' request to brief the top hat issue and set the current Rule 56 deadlines for Dr. Alexander to file his motion for summary judgment by March 10, 2005 and defendants to file their opposition by April 15, 2005.

4. Both counsel for plaintiff, Michael Paris and Colleen Cook, were involved in a week-long arbitration that took place in New York beginning February 14, 2005. There were issues left open at the conclusion of the arbitration concerning supplementing the evidentiary record which have taken a considerable amount of plaintiff's counsel's time in the weeks following the arbitration.

5. Upon preparing plaintiff's motion for summary judgment in this action, it became clear to counsel for plaintiff that additional information from defendants is required to brief fully the validity of the deferred compensation plans as top hat plans under ERISA. Accordingly, plaintiff's counsel recently contacted defendants' counsel to request the additional information and to discuss stipulating to certain facts for the summary judgment briefing.

6. Defendants' counsel has agreed to cooperate with plaintiff's counsel in an effort to provide information intended to facilitate the stipulation of certain key facts and is in the process

of gathering information responsive to plaintiff's request.

7. In sum, a short extension will permit the parties to present the Court with all of the salient facts -- many in stipulated form -- and to fully brief the top hat issue, which is a critical issue in shaping the future course of this litigation.

8. This is the first extension sought by Dr. Alexander.

9. Defendants assent to this motion.

WHEREFORE, plaintiff respectfully requests that the Court extend the time for plaintiff to file his motion for summary judgment to March 24, 2005.

Dated: March 8, 2005

Respectfully submitted,

Plaintiff Eben Alexander, M.D.
By his attorneys,

_____
Michael Paris (BBO No. 556791)
Colleen C. Cook (BBO No. 636359)
NYSTROM BECKMAN & PARIS LLP
10 St. James Avenue, 16th Floor
Boston, MA, 02116
(617) 778-9100

ASSENTED-TO:

_____
David C. Casey (BBO No. 077260)
Gregory C. Keating (BBO No. 564523)
Laurie Drew Hubbard (BBO No. 651109)
LITTLER MENDELSON, PC
225 Franklin Street, 26th Floor
Boston, MA 02110
(617) 378-6000

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2005, a true copy of the above document was served upon Gregory Keating, Esq., counsel for defendants, by facsimile and first class mail.

_____
Colleen C. Cook