UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EBEN ALEXANDER, III, M.D. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRIGHAM AND WOMEN'S PHYSICIANS )<br>ORGANIZATION, INC., successor to )<br>Brigham Surgical Group Foundation, Inc., )<br>BOSTON NEUROSURGICAL FOUNDATION )<br>INC., BRIGHAM SURGICAL GROUP )<br>FOUNDATION, INC. DEFERRED )<br>COMPENSATION PLAN, BRIGHAM )<br>SURGICAL GROUP FOUNDATION, INC. )<br>FACULTY RETIREMENT BENEFIT )<br>PLAN, COMMITTEE ON COMPENSATION )<br>OF THE BRIGHAM SURGICAL GROUP )<br>FOUNDATION, INC., and PETER BLACK, M.D. )<br>)<br>Defendants. )<br>) | Case No. 04-10738 MLW |

## DEFENDANTS' ASSENTED-TO MOTION TO EXTEND RULE 56 DEADLINE

Defendants hereby move that this Court extend the time within which they may file their motion for summary judgment by slightly more than two weeks. In support hereof, Defendants state that the parties are endeavoring to stipulate to certain facts which will assist the Court in deciding the parties' cross-motions for summary judgment, and that on March 9, 2005, the Court granted Plaintiff's motion to extend the time within which Plaintiff shall file his motion for summary judgment. In further support hereof, Defendants state that Plaintiff assents to this motion.

WHEREFORE, Defendants respectfully request that the Court extend the time for Defendants to file their cross-motion for summary judgment to May 2, 2005.

Respectfully submitted,

BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC., BOSTON NEUROSURGICAL FOUNDATION INC., BRIGHAM SURGICAL GROUP FOUNDATION, INC. DEFERRED COMPENSATION PLAN, BRIGHAM SURGICAL GROUP FOUNDATION, INC. FACULTY RETIREMENT BENEFIT PLAN, COMMITTEE ON COMPENSATION OF THE BRIGHAM SURGICAL GROUP FOUNDATION, INC., and PETER BLACK, M.D.,

By their attorneys,

_____
David C. Casey (BBO No. 077260)
Gregory C. Keating (BBO No. 564523)
Laurie Drew Hubbard (BBO No. 651109)
LITTLER MENDELSON, PC
One International Place, Suite 2700
Boston, MA 02110
(617) 368-6000

Dated: March 14, 2005

ASSENTED-TO:

_____
Michael Paris (BBO No. 556791)
Colleen C. Cook (BBO No. 636359)
NYSTROM, BECKMAN & PARIS LLP
10 St. James Avenue, 16th Floor
Boston, MA 02116
(617) 778-9100

Boston:6940

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Defendants' Assented-To Motion To Extend Rule 56 Deadline was served upon the attorney of record for each other party by facsimile and regular mail on March 14, 2005.

                                                                 _____
                                                                 David C. Casey