UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EBEN ALEXANDER, III, M.D. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRIGHAM AND WOMEN'S PHYSICIANS )<br>ORGANIZATION, INC., successor to )<br>Brigham Surgical Group Foundation, Inc., )<br>BOSTON NEUROSURGICAL FOUNDATION )<br>INC., BRIGHAM SURGICAL GROUP )<br>FOUNDATION, INC. DEFERRED )<br>COMPENSATION PLAN, BRIGHAM )<br>SURGICAL GROUP FOUNDATION, INC. )<br>FACULTY RETIREMENT BENEFIT )<br>PLAN, COMMITTEE ON COMPENSATION )<br>OF THE BRIGHAM SURGICAL GROUP )<br>FOUNDATION, INC., and PETER BLACK, M.D. )<br>)<br>Defendants. )<br>) | Case No. 04-10738-MLW |

### EMERGENCY JOINT MOTION FOR THREE DAY EXTENSION OF PLAINTIFF'S RULE 56 DEADLINE

The parties hereby respectfully request that this Court extend the time for Plaintiff Eben Alexander, III, M.D. to file his Motion for Summary Judgment and for the parties to file their Stipulated Facts for Cross Summary Judgment Motions by three days to April 8, 2005. In support of this motion, the parties state as follows:

1.   The current deadline for Plaintiff's Motion for Summary Judgment is April 5, 2005.

2.   The parties have been working together cooperatively and effectively to exchange information and to stipulate to all facts that will provide the basis for the Court's decision on the sole issue to be addressed in the summary judgment papers (*i.e.*, whether the Brigham Surgical

Group Foundation, Inc.'s unfunded deferred compensation plans constitute valid "top hat" plans under ERISA) and have circulated versions of a stipulation of facts to be filed with Plaintiff's Motion for Summary Judgment.

2. The parties need a bit more time to try to reach agreement regarding a complete and inclusive stipulation.

3. This extension is necessary primarily because both Plaintiff's lead counsel and Defendants' lead counsel have been out of the office because of other commitments. Mr. Paris has been out of the office during the past few weeks because of the birth of his son. Mr. Casey has been in San Francisco and in Arizona for the last week on business.

WHEREFORE, the parties respectfully request that this Court extend the time for Plaintiff to file his Motion for Summary Judgment and for the Parties to file their Stipulated Facts for Cross Motions for Summary Judgment to April 8, 2005.

Respectfully submitted,

| For the Plaintiff, | For the Defendants, |
|---|---|
| EBEN ALEXANDER, III M.D. | BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC., BOSTON NEUROSURGICAL FOUNDATION INC., BRIGHAM SURGICAL GROUP FOUNDATION, INC. DEFERRED COMPENSATION PLAN, BRIGHAM SURGICAL GROUP FOUNDATION, INC. FACULTY RETIREMENT BENEFIT PLAN, COMMITTEE ON COMPENSATION OF THE BRIGHAM SURGICAL GROUP FOUNDATION, INC., and PETER BLACK, M.D., |
| By his attorneys, | By their attorneys, |
| *Colleen Cook /pay* | *Laurie Drew Hubbard* |
| Michael Paris (BBO No. 556791) | David C. Casey (BBO No. 077260) |
| Colleen C. Cook (BBO No. 636359) | Gregory C. Keating (BBO No. 564523) |
| NYSTROM BECKMAN & PARIS | Laurie Drew Hubbard (BBO No. 651109) |
| 10 St. James Avenue, 16th Floor | LITTLER MENDELSON, PC |
| Boston, MA, 02116 | One International Place, Suite 2700 |
| (617) 778-9100 | Boston, MA 02110 |
| | (617) 368-6000 |

Dated: April 5, 2005
Boston:7427.1