

**BRIGHAM AND WOMEN'S
PHYSICIANS ORGANIZATION**

*Excellence and innovation in academic medicine*

Brigham and Women's
Physicians Organization
75 Francis Street
Boston, MA 02115

April 13, 2001

**BY CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

Eban Alexander, III, M.D.
67 Stonecrest Drive
Needham, MA 02492

Dear Dr. Alexander:

You are hereby notified that your employment with the Brigham and Women's Physicians Organization (successor to The Brigham Surgical Foundation, Inc.) is terminated effective at the close of business on July 13, 2001.

Sincerely,

Peter McL. Black, M.D., Ph.D.
Chair – BWPO Department of Neurosurgery


Troyen A. Brennan, M.D. – President
Brigham and Women's Physicians Organization



HARVARD
MEDICAL SCHOOL
*Teaching Affiliate*

BRIGHAM AND WOMEN'S/FAULKNER HOSPITALS
Member of the PARTNERS. HealthCare System