

**BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC.**
Department of Surgery
111 Cypress Street, Brookline, MA 02445-6096
PHONE  (617) 713-2255
FAX      (617) 232-4704

April 13, 2001

Eben Alexander, III, MD
67 Stonecrest Drive
Needham, MA  02492

Dear Dr. Alexander,

I am enclosing a copy of your Brigham Surgical Group Foundation, Inc. practice report for the period ended December 31, 2000. This report is the final report that you will receive as a member of the Brigham Surgical Group. As we discussed previously, the report indicates a practice deficit of $228,181.16 for the six months ended December 31, 2000 and a cumulative practice deficit of $441,887.16.

I am also enclosing information indicating that your balances in the Faculty Retirement Benefit Plan (FRBP) and the Unfunded Deferred Compensation (UDC) were $384,928.26 and $588,470.48 respectively as of April 11, 2001.

As you are aware, both the FRBP and UDC plans provide that upon termination of a faculty member's employment with BSG, the amounts owed to the faculty member under these deferred compensation plans will be offset by the amount of the member's practice deficit. Accordingly, as of April 20, 2001, the BWPO as the successor to the BSG, will reduce your FRBP plan by $177,187.22 and your UDC plan by the remaining existing practice deficit of $264,699.94. The offsets will be made from each investment fund within FRBP and UDC in proportion to the balances in the funds. For example, if your FRBP investments were 20% Fund A, 40% Fund B, and 40% Fund C, then $35,437.44 of the $177,187.22 offset would come from Fund A, $70,874.89 from Fund B, and $70,874.89 from Fund C. If you wish to have the offsets made other than in this proportional manner, please let us know by 5:00 p.m., Friday, April 20, 2001 how much you want drawn from each fund within FRBP and UDC. The amounts you indicate from the various funds should total $177,187.22 and $264,699.94 from FRBP and UDC funds respectively.  I have enclosed a summary of the dollars remaining in both plans for your reference. You should consult with your tax advisor as to the appropriate tax treatment of these transactions.

Very truly yours,

Kenneth E. Holmes
Chief Financial Officer

Enclosures

cc:     Michael J. Zinner, MD
        Paul Calandrella
        Judy Walls

*Excellence and innovation in academic medicine*