UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EBEN ALEXANDER, III, M.D. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRIGHAM AND WOMEN'S PHYSICIANS )<br>ORGANIZATION, INC., successor to )<br>Brigham Surgical Group Foundation, Inc., )<br>BOSTON NEUROSURGICAL FOUNDATION )<br>INC., BRIGHAM SURGICAL GROUP )<br>FOUNDATION, INC. DEFERRED )<br>COMPENSATION PLAN, BRIGHAM )<br>SURGICAL GROUP FOUNDATION, INC. )<br>FACULTY RETIREMENT BENEFIT )<br>PLAN, COMMITTEE ON COMPENSATION )<br>OF THE BRIGHAM SURGICAL GROUP )<br>FOUNDATION, INC., and )<br>PETER BLACK, M.D. )<br>)<br>Defendants. )<br>) | Case No. 04-10738-MLW |

**APPENDIX OF SELECTED AUTHORITIES IN SUPPORT
OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Michael Paris (BBO #556791)
Colleen C. Cook (BBO#636359)
NYSTROM BECKMAN & PARIS LLP
10 St. James Avenue, 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

Counsel for Plaintiff Eben Alexander, III, M.D.

Dated: April 8, 2005

1. DOL Advisory Op. No. 90-14A (May 8,1990) (1990 WL 123933)

2. Internal Revenue Code § 4958 (26 U.S.C. § 4958)

3. Treasury Regulation § 53.4958-1 (26 C.F.R. § 53.4958-1)

4. Transcript of Motion Hearing held on November 29, 2004

5. S. Rep. No. 93-127 (1974 U.S.C.C.A.N. 4838)

6. 40 Fed. Reg. p. 34,530 (August 15, 1975)

7. DOL Regulation 2520.104-23(a) (29 C.F.R. § 2520.104-23)

8. Michael Sirkin and Lawrence K. Cagney, Executive Compensation, §7.03[2] (2002)

9. Thomas P. Clark and Robert S. Forman, Tax and ERISA Considerations Associated With Nonqualified Severance Benefit Plans Sponsored by Professional C Corporations, 78-Jan Fl. B. J. 49 (2004)

10. David B. Bruckman, Implementing and Exiting Rabbi Trusts, 29 Westchester Bar Journal 43 (2002)

11. Ridgeley A. Scott, Rabbis and Other Top Hats: The Great Escape, 43 Cath. U. L. Rev. 1 (1993)

12. DOL Advisory Op. No. 75-64 (Aug. 1, 1975) (1975 WL 4556)