UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EBEN ALEXANDER, III, M.D.<br><br>Plaintiff,<br><br>v.<br><br>BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC., successor to Brigham Surgical Group Foundation, Inc., BOSTON NEUROSURGICAL FOUNDATION INC., BRIGHAM SURGICAL GROUP FOUNDATION, INC. DEFERRED COMPENSATION PLAN, BRIGHAM SURGICAL GROUP FOUNDATION, INC. FACULTY RETIREMENT BENEFIT PLAN, COMMITTEE ON COMPENSATION OF THE BRIGHAM SURGICAL GROUP FOUNDATION, INC., and PETER BLACK, M.D.<br><br>Defendants. | Case No. 04-10738 MLW |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Brigham and Women's Physicians Organization, Inc., Boston Neurosurgical Foundation, Inc., Brigham Surgical Group Foundation, Inc. Deferred Compensation Plan, Brigham Surgical Group Foundation, Inc. Faculty Retirement Plan, Committee on Compensation of the Brigham Surgical Group Foundation, Inc., and Peter Black, M.D., (collectively, the "defendants"), hereby move the Court to issue a ruling that the Brigham Surgical Group Foundation, Inc. Deferred Compensation Plan and Faculty Benefit Retirement Plan constitute valid top hat plans under ERISA and to dismiss Counts IX and X of the Complaint. Legal and factual support for this Motion is set forth in defendants' Memorandum of Law in Support of their Motion for Summary Judgment, which is filed herewith.

## Request for Oral Argument

Defendants respectfully request oral argument on this Motion. As grounds for this request, defendants state that oral argument will assist the Court in clarifying and disposing of the issues raised in this Motion.

Respectfully submitted,

BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC., BOSTON NEUROSURGICAL FOUNDATION INC., BRIGHAM SURGICAL GROUP FOUNDATION, INC. DEFERRED COMPENSATION PLAN, BRIGHAM SURGICAL GROUP FOUNDATION, INC. FACULTY RETIREMENT BENEFIT PLAN, COMMITTEE ON COMPENSATION OF THE BRIGHAM SURGICAL GROUP FOUNDATION, INC., and PETER BLACK, M.D.,

By their attorneys,

_____
David C. Casey (BBO No. 077260)
Gregory C. Keating (BBO No. 564523)
Laurie Drew Hubbard (BBO No. 651109)
LITTLER MENDELSON, PC
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6000

Dated: May 16, 2005

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each other party by hand on May 16, 2005.

*/s/ Laurie Drew Hubbard*
Laurie Drew Hubbard

Firmwide:32201928.1 047950.1000

Case 1:04-cv-10738-MLW    Document 39    Filed 05/16/2005    Page 6 of 6