UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EBEN ALEXANDER, III, M.D. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIGHAM AND WOMEN'S PHYSICIANS ) <br> ORGANIZATION, INC., successor to ) <br> Brigham Surgical Group Foundation, Inc., ) <br> BOSTON NEUROSURGICAL FOUNDATION ) <br> INC., BRIGHAM SURGICAL GROUP ) <br> FOUNDATION, INC. DEFERRED ) <br> COMPENSATION PLAN, BRIGHAM ) <br> SURGICAL GROUP FOUNDATION, INC. ) <br> FACULTY RETIREMENT BENEFIT ) <br> PLAN, COMMITTEE ON COMPENSATION ) <br> OF THE BRIGHAM SURGICAL GROUP ) <br> FOUNDATION, INC., and ) <br> PETER BLACK, M.D. ) <br> ) <br> Defendants. ) <br> ) | Case No. 04-10738-MLW |

**JOINT MOTION TO FILE REPLY AND SURREPLY BRIEFS
TO CROSS-MOTIONS FOR SUMMARY JUDGMENT**

The parties hereby respectfully request that the Court adopt the following schedule for submission of a reply brief by plaintiff and a surreply brief by defendants in connection with the parties' cross-motions for summary judgment:

Deadline for plaintiff to file reply brief    June 9, 2005

Deadline for defendants to file surreply brief   June 29, 2005

In support of this motion, the parties state that plaintiff filed his motion for summary judgment on April 8, 2005 and defendants filed a cross-motion for summary judgment on May 16, 2005 on

- 2 -

the issue of whether two deferred compensation plans are valid "top hat" plans under ERISA. The parties believe that an additional round of short briefs will assist the Court's determination of this issue. In its reply brief, plaintiff will address the arguments raised in defendants' cross-motion for summary judgment and, in their surreply brief, defendants will address the arguments made in plaintiff's reply brief.

    WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court adopt the schedule set forth above and schedule oral argument for a date after submission of defendants' surreply brief.

|  |  |
|---|---|
| Plaintiff, | Respectfully submitted,<br>Defendants, |
| By his attorneys, | By their attorneys, |
| *[signature]*<br>Michael Paris (BBO No. 556791)<br>Colleen C. Cook (BBO No. 636359)<br>NYSTROM BECKMAN & PARIS<br>10 St. James Avenue, 16th Floor<br>Boston, MA, 02116<br>(617) 778-9100 | *[signature] Laurie Drew Hubbard /ccc*<br>David C. Casey (BBO No. 077260)<br>Gregory C. Keating (BBO No. 564523)<br>Laurie Drew Hubbard (BBO No. 651109)<br>LITTLER MENDELSON, PC<br>One International Place<br>Boston, MA 02110<br>(617) 378-6000 |

Dated: May 24, 2005
Firmwide:80049152.1