UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**EBEN ALEXANDER**                                        CIVIL ACTION
                                                          NO. <u>04-10738-MLW</u>

        v


**<u>BRIGHAM & WOMEN'S PHYSICIAN'S
ORGANIZATION INC. et al</u>**


<u>NOTICE</u>

**WOLF,  D.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been set for a <u>MOTION HEARING</u> on the cross motions for summary judgment (docket nos 31 and 39) on <u>NOVEMBER 15, 2005</u> at <u>2:30</u> P.M. before Judge <u>WOLF</u> in Courtroom # <u>10</u> on the <u>5th</u> floor.


                                        SARAH THORNTON, CLERK


<u>November 7, 2005</u>                 By:    /s/ Dennis O'Leary
**Date**                                      Deputy Clerk



**Notice mailed to:**
(notice.frm - 10/96)                                              [ntchrgcnf.]