UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. __CA04-10738__

| Eben Alexander | Brigham & Women's Physician's Org. |
|---|---|
| PLAINTIFF | DEFENDANT |
| Michael Paris | David Casey |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE __Wolf__     CLERK __O'Leary__     REPORTER __Romanow__

CLERK'S NOTES

| DATES: | Summary Judgment Motion Hearing |
|---|---|
| 11/15/05 | Court listens to oral arguments from the parties. Court takes a recess. Court resumes - parties are told that the court is unable to render a decision today and orders the parties to supplement their stipulated facts by 12/14. Parties to meet, confer and report regarding settlement by 12/7/05. A further hearing will be held on 1/13/05 at 3:00 PM if necessary. |