# Nystrom Beckman & Paris LLP

December 7, 2005

**Via Hand Delivery**
Honorable Mark Wolf
United States District Court
United State Courthouse, Room 5110
1 Courthouse Way
Boston, Massachusetts 02210

    Re: <u>Eben Alexander, III, M.D. v. Brigham and Women's Physicians Organization, Inc.</u>
        C.A. No. 04-10738 MLW (D. Mass.)

Dear Judge Wolf,

    In follow up to the Court's Order, dated November 15, 2005, counsel for the parties met on December 2, 2005 in person to discuss the possibility of settlement. Unfortunately, the case has not settled. At this time, it does not appear that a meeting with the court to discuss the possibility of settlement would be productive given that the parties appear to be too far apart in terms of their respective settlement positions. Accordingly, the parties will supplement the stipulated facts by December 14, 2005 in accordance with the Court's Order. Thank you for your efforts in this regard.

    Respectfully submitted,

    NYSTROM BECKMAN & PARIS LLP

    BY: _____
         Michael Paris

    LITTLER MENDELSON

    BY: _____
         David Casey

10 St. James Avenue   16th Floor   Boston   Massachusetts 02116   Tel 617.778.9100   Fax 617.778.9110
www.nbparis.com