**LITTLER MENDELSON®**
A PROFESSIONAL CORPORATION

FILED
IN CLERK'S OFFICE

2005 DEC 19 P 4:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

December 19, 2005

David C. Casey
Direct: 617.378.6001
Direct Fax: 617.737.0052
dcasey@littler.com

**BY HAND DELIVERY**

Honorable Mark Wolf
United States District Court for the District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02110

Re:  *Alexander v. Brigham and Women's Physicians Organization, Inc., et al.*
     Civil Action No. 04-10738-~~PBS~~- MLW

Dear Judge Wolf:

The parties have been able to reach agreement on numerous stipulations that are responsive to your Order requesting same dated November 15, 2005. We have electronically filed those stipulations today, and I enclose a courtesy copy herewith. Although we have not been able to reach agreement on all matters raised by your questions, we continue to work toward that end and will report back to the Court on our further progress this Friday, December 23, 2005. In this process, Partners has unearthed old pay roll records, Board meeting minutes and related documents, not all of which have been provided to plaintiff's counsel as of this moment. As further information is transmitted to plaintiff's counsel, we are hopeful that additional stipulations can be reached. Should further agreement on stipulations not be possible, or if some other clarification of the record becomes appropriate, we will so notify the Court forthwith.

Respectfully submitted,

/s/ David C. Casey
David C. Casey

/mg
encl.
cc:   Michael Paris, Esq.
Firmwide:80674773.1 047950.1002

ARIZONA
CALIFORNIA
COLORADO
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
MASSACHUSETTS
MINNESOTA
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
TEXAS
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
One International Place, Suite 2700, Boston, Massachusetts 02110  Tel: 617.378.6000 Fax: 617.737.0052