



**LITTLER MENDELSON®**
A PROFESSIONAL CORPORATION

December 23, 2005

David C. Casey
Direct: 617.378.6001
Direct Fax: 617.737.0052
dcasey@littler.com

**BY HAND DELIVERY**

Honorable Mark L. Wolf
United States District Court for the District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02110

Re:   *Alexander v. Brigham and Women's Physicians Organization, Inc., et al.*
      **Civil Action No. 04-10738-MLW**

Dear Judge Wolf:

Due to the holidays, we have been unable to make more progress in exchanging documents and information since we last wrote to the Court. We will continue to work toward reaching further stipulations during the next two weeks and report back on our progress.

Respectfully submitted,

David C. Casey

/mg
cc:   Michael Paris, Esq.
Firmwide:80685714.1 047950.1002

ARIZONA
CALIFORNIA
COLORADO
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
MASSACHUSETTS
MINNESOTA
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
TEXAS
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM™
One International Place, Suite 2700, Boston, Massachusetts 02110  Tel: 617.378.6000 Fax: 617.737.0052