UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-10738

| Eben Alexander | Brigham & Women's Physician's Org. |
|---|---|
| PLAINTIFF | DEFENDANT |
| Michael Paris | David Casey |
| Colleen Cook | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 1/25/06 | Court raises the issue for a possible recusal.  Will go forward with the hearing and give the parties until |
| | February 3, 2006 to report back regarding the issue of recusal.  Court gives its tentative views to the parties. |
| | Court listens to oral arguments on the motions.  Court denies the cross motions for summary judgment for |
| | the reasons stated in court.  Parties to submit a proposed schedule for completing discovery by Friday, |
| | January 27, 2006, filing s status report regarding settlement |