UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EBEN ALEXANDER, III, M.D.<br><br>Plaintiff,<br><br>v.<br><br>BRIGHAM AND WOMEN'S PHYSICIANS ORGANIZATION, INC., successor to Brigham Surgical Group Foundation, Inc., BOSTON NEUROSURGICAL FOUNDATION INC., BRIGHAM SURGICAL GROUP FOUNDATION, INC. DEFERRED COMPENSATION PLAN, BRIGHAM SURGICAL GROUP FOUNDATION, INC. FACULTY RETIREMENT BENEFIT PLAN, COMMITTEE ON COMPENSATION OF THE BRIGHAM SURGICAL GROUP FOUNDATION, INC., and PETER BLACK, M.D.<br><br>Defendants. | Case No. 04-10738-MLW |

## JOINT PROPOSED SCHEDULE

Pursuant to the Court's Order dated January 26, 2006, the parties hereby respectfully submit this proposed schedule:

| | |
|---|---|
| Completion of discovery | March 30, 2006 |
| Confer regarding settlement | April 6, 2006 |
| Report to the Court regarding settlement, witnesses to be called at trial, length of trial, and additional stipulations of fact | April 20, 2006 |
| Pretrial conference | April 25, 2006, or as convenient for the Court |
| Trial | May 1, 2006, or as convenient for the Court |

- 2 -

| | |
|---|---|
| Respectfully submitted, | |
| Plaintiff, | Defendants, |
| By his attorneys, | By their attorneys, |
| /s/ Colleen C. Cook | /s/ David C. Casey |
| Michael Paris (BBO No. 556791) | David C. Casey (BBO No. 077260) |
| Colleen C. Cook (BBO No. 636359) | Gregory C. Keating (BBO No. 564523) |
| NYSTROM BECKMAN & PARIS | Laurie Drew Hubbard (BBO No. 651109) |
| 10 St. James Avenue, 16th Floor | LITTLER MENDELSON, PC |
| Boston, MA, 02116 | One International Place |
| (617) 778-9100 | Boston, MA 02110 |
| | (617) 378-6000 |

Dated: January 27, 2006

### CERTIFICATE OF SERVICE

I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 27th day of January, 2006.

/s/ Colleen C. Cook