# Nystrom Beckman & Paris LLP
Counselors at Law

February 3, 2006

**Via Hand Delivery**
Honorable Mark Wolf
United States District Court
United State Courthouse, Room 2300
1 Courthouse Way
Boston, Massachusetts 02210

    Re:  Eben Alexander, III, M.D. v. Brigham and Women's Physicians Organization, Inc.
           C.A. No. 04-10738 MLW (D. Mass.)

Dear Judge Wolf,

      Pursuant to the Court's Order dated January 26, 2006, this is to inform the Court that plaintiff Eben Alexander does not believe that the Court's recusal is required by 28 U.S.C. sec. 455(a) in view of the Court's association with Dr. Lawrence Cohn, and that, in any event, Dr. Alexander wishes to waive this possible ground for recusal under 28 U.S.C. sec. 455(e).

                                Respectfully submitted,

                                **NYSTROM BECKMAN & PARIS LLP**

                                BY:  /s/ Colleen C. Cook
                                        Colleen C. Cook

cc:    David Casey, Esq.
        Dr. Eben Alexander

