*Document Electronically Filed*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
EBEN ALEXANDER, III, M.D.                     )
                                              )
              Plaintiff,                      )        Case No. 04-10738-MLW
                                              )
       v.                                     )
                                              )
BRIGHAM AND WOMEN'S PHYSICIANS                )
 ORGANIZATION, INC., successor to             )
 Brigham Surgical Group Foundation, Inc.,     )
 BOSTON NEUROSURGICAL FOUNDATION              )
 INC., BRIGHAM SURGICAL GROUP                 )
 FOUNDATION, INC. DEFERRED                    )
 COMPENSATION PLAN, BRIGHAM                   )
 SURGICAL GROUP FOUNDATION, INC.              )
 FACULTY RETIREMENT BENEFIT                   )
 PLAN, COMMITTEE ON COMPENSATION              )
 OF THE BRIGHAM SURGICAL GROUP                )
 FOUNDATION, INC., and PETER BLACK, M.D.      )
                                              )
              Defendants.                     )
_____ )

## JOINT MOTION TO RESCHEDULE PRE-TRIAL CONFERENCE

The parties to the above-captioned matter hereby respectfully request that this Court reschedule the pre-trial conference from April 25, 2006 to April 24, 2006, or another date that is convenient for the Court.  In support hereof, the parties state as follows:

1.      Consistent with the Court's instruction at the January 25, 2006 hearing, and as further set forth in the Court's January 26, 2006 Order, the parties agreed to and filed a Joint Proposed Schedule on January 27, 2006.

2.      Pursuant to the parties' Joint Proposed Schedule, on February 5, 2006, the Court scheduled a pre-trial conference in this matter for April 25, 2006 at 2:00 p.m.  Trial is scheduled to start on May 1, 2006.

3.      David Casey, counsel for the defendants, will be in Phoenix, Arizona on long-scheduled business from April 25 – April 30, 2006 and mistakenly proposed the April 25, 2006 date for a pre-trial conference.

WHEREFORE, for the foregoing reasons, the parties respectfully request that this Court reschedule the pre-trial conference to April 24, 2006 at 2:00 p.m., or as convenient for the Court.

Respectfully submitted,

EBEN ALEXANDER, III, M.D.,

By his attorneys,

/s/ Colleen C. Cook
Michael Paris (BBO No. 556791)
Colleen C. Cook (BBO No. 636359)
NYSTROM BECKMAN & PARIS
10 St. James Avenue, 16th Floor
Boston, MA  02116
(617) 778-9100

BRIGHAM AND WOMEN'S
PHYSICIANS ORGANIZATION, INC.,
BOSTON NEUROSURGICAL
FOUNDATION INC., BRIGHAM
SURGICAL GROUP FOUNDATION, INC.
DEFERRED COMPENSATION PLAN,
BRIGHAM SURGICAL GROUP
FOUNDATION, INC. FACULTY
RETIREMENT BENEFIT PLAN,
COMMITTEE ON COMPENSATION OF
THE BRIGHAM SURGICAL GROUP
FOUNDATION, INC., and PETER
BLACK, M.D.,

By their attorneys,

/s/ David C. Casey
David C. Casey (BBO No. 077260)
Gregory C. Keating (BBO No. 564523)
Laurie Drew Hubbard (BBO No. 651109)
LITTLER MENDELSON, PC
One International Place, Suite 2700
Boston, MA 02110
 (617) 378-6000

Dated:  March 14, 2006

Firmwide:80898410.1 047950.1002

-2-