

**LITTLER MENDELSON®**
A PROFESSIONAL CORPORATION

April 6, 2006

David C. Casey
Direct: 617.378.6001
Direct Fax: 617.737.0052
dcasey@littler.com

**BY HAND DELIVERY**

Mr. Dennis O'Leary
Courtroom Clerk
United States District Court for the District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02110

Re:   *Alexander v. Brigham and Women's Physicians Organization, Inc., et al.*
      *Civil Action No. 04-10738-MLW*

Dear Mr. O'Leary:

On March 14, 2006, the parties submitted a Joint Motion to Reschedule the Pre-Trial Conference from April 25, 2006 at 3:00 p.m. to April 24, 2006 at 2:00 p.m. We filed the motion because I need to fly to Phoenix on April 25th. Having not received a ruling from the Court on the Motion, I have scheduled my flight on April 25th as late as possible that day, for 5:30 p.m. If the Court cannot move the pre-trial conference to April 24th, I can attend the conference on April 25th. In that event, I would ask that the time be moved to 2:00 or 2:30 p.m. if possible. Plaintiff's counsel has no objection. Thank you.

Very truly yours,

David C. Casey

cc:   Michael Paris, Esq.

Firmwide:80965621.1 047950.1002

ARIZONA
CALIFORNIA
COLORADO
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
MASSACHUSETTS
MINNESOTA
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
TEXAS
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
One International Place, Suite 2700, Boston, Massachusetts 02110 Tel: 617.378.6000 Fax: 617.737.0052