UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EBEN ALEXANDER, III, M.D.      ) | |
|      ) | |
|    Plaintiff,      ) | Case No. 04-10738-MLW |
|      ) | |
|    v.      ) | |

EBEN ALEXANDER, III, M.D.    )

      Plaintiff,    )  Case No. 04-10738-MLW

        v.    )

BRIGHAM AND WOMEN'S PHYSICIANS )
 ORGANIZATION, INC., successor to )
 Brigham Surgical Group Foundation, Inc., )
BOSTON NEUROSURGICAL FOUNDATION )
INC., BRIGHAM SURGICAL GROUP )
FOUNDATION, INC. DEFERRED )
COMPENSATION PLAN, BRIGHAM )
SURGICAL GROUP FOUNDATION, INC. )
FACULTY RETIREMENT BENEFIT )
PLAN, COMMITTEE ON COMPENSATION )
OF THE BRIGHAM SURGICAL GROUP )
FOUNDATION, INC., and )
PETER BLACK, M.D. )
        )
     Defendants. )

## JOINT STATUS REPORT

Pursuant to the Court's Order dated February 6, 2006, the parties hereby respectfully submit this Joint Status Report. The parties reserve the right to supplement and/or modify this status report prior to trial.

### Settlement

The parties state that they have conferred about settlement, but were unable to reach a mutually agreeable resolution to this matter.

### Witnesses to Be Called at Trial

Plaintiff may call the following witnesses at trial: Dr. Eben Alexander; Dr. Eric

Woodard, New England Baptist Hospital, Boston, Massachusetts, 617-754-6576; and Professor

Norman Stein, 1600 Forest Lake Drive, Tuscaloosa, Alabama, 205-348-1136.

Defendants may call the following witnesses at trial: Dr. John Mannick, Brigham and

Women's Hospital, Boston, Massachusetts, 617-723-6820; Mr. Kenneth Holmes, Massachusetts

Ear and Eye Infirmary Associates, Inc., Boston, Massachusetts, 617-573-6950; Mr. Michael

Jackson, Brigham and Women's Physicians Organization, Inc., Boston, Massachusetts, 617-713-

2232; Mr. Stephen Sadowski, ECG Management Consultants, Inc., Boston, Massachusetts, 617-

227-0100; and Mr. Louis Hamel, Winchester, Massachusetts, 781-721-6942.

**Length of Trial**

The parties expect the trial to last two days.

**Additional Stipulations of Fact**

The parties have been unable to agree on additional stipulations of fact. In the event the

parties reach any further stipulations, they will be submitted to the Court at the pretrial

conference or as soon as practicable prior to trial.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Plaintiff, | Defendants, |
| By his attorneys, | By their attorneys, |
| /s/ Colleen C. Cook | /s/ Laurie Drew Hubbard |
| Michael Paris (BBO No. 556791) | David C. Casey (BBO No. 077260) |
| Colleen C. Cook (BBO No. 636359) | Gregory C. Keating (BBO No. 564523) |
| NYSTROM BECKMAN & PARIS | Laurie Drew Hubbard (BBO No. 651109) |
| 10 St. James Avenue, 16th Floor | LITTLER MENDELSON, PC |
| Boston, MA, 02116 | One International Place |
| (617) 778-9100 | Boston, MA 02110 |
|  | (617) 378-6000 |
| Dated: April 20, 2006 |  |