UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**EBEN ALEXANDER**

**CIVIL CASE NO. 04-10738-MLW**

v.

**BRIGHAM & WOMEN'S HOSPITAL et al**

**NOTICE OF RESCHEDULING**

**WOLF, D.J.**

The **PRE-TRIAL CONFERENCE** currently scheduled for **APRIL 28, 2006** at **3:00 P.M.** and the **TRIAL** currently scheduled for **MAY 1, 2006** at **9:00 AM** before Judge **Wolf,** in courtroom 10 on the 5th floor, has been CANCELLED.

SARAH A. THORNTON
CLERK OF COURT

April 21, 2006          By:   /s/ Dennis O'Leary
Date                          Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                              [ntchrgcnf.]