UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**EBEN ALEXANDER**

**V**                                                                 CIVIL ACTION
                                                                      NO. 04-10738-MLW

**BRIGHAM & WOMEN'S PHYSICIAN'S ORG. et al**

### NOTICE

**WOLF, D.J.**

   PLEASE TAKE NOTICE that the above-entitled case has been set for a **PRE-TRIAL CONFERNECE** on **SEPTEMBER 7, 2006** at **2:30** P.M. before Judge **WOLF** in Courtroom # **10** on the **5th** floor.

                                                                      SARAH THORNTON, CLERK


July 12, 2006                          By:   /s/ Dennis O'Leary
Date                                         Deputy Clerk



Notice mailed to:

(notice.frm - 10/96)                                                     [ntchrgcnf.]