# PRELIMINARY PROPOSED EXHIBIT LIST

| TRIAL Ex. | DESCRIPTION | BATES/ID INFO. |
|---|---|---|
| 1. | Employment Agreement | Alexander Depo Ex. 1 |
| 2. | Professional Staff Compensation Policy | Alexander Depo Ex. 2 |
| 3. | Deferred Compensation Plan, June 22, 1982 | Agreed Statement of Facts for Cross Summary Judgment Motions Ex. B |
| 4. | Faculty Retirement Benefit Plan (adopted July 1, 1989 and amended July 29, 1991) | Agreed Statement of Facts for Cross Summary Judgment Motions Ex. C |
| 5. | April 13, 2001 Certified Letter to Eben Alexander (termination letter) | Agreed Statement of Facts for Cross Summary Judgment Motions Ex. D |
| 6. | April 13, 2001 Letter from Kenneth Holmes to Dr. Alexander (enclosing practice report for period ended December 31, 2000) | Agreed Statement of Facts for Cross Summary Judgment Motions Ex. E |
| 7. | Memorandum to Hospital chief Executive Officers and Clinical Department Heads from Mary Dupont regarding AY 00-01 Faculty Compensation Guidelines, AY 00-01 Faculty Compensation Guidelines | D000001 |
| 8. | Faculty of Medicine Harvard University Guidelines on Faculty Compensation, March 2000 | D000008-D000013 |
| 9. | Faculty of Medicine Harvard University Guidelines on Faculty Compensation, March 1999 | D000004-D000007 |
| 10. | Memorandum to Hospital Chief Executive Officers and Clinical Department Heads from Karen Davis regarding AY 99-00 Faculty Compensation Guidelines | D000002 |
| 11. | Memorandum to HMS Appointing Department Heads and Hospital Chief Executive Officers from Karen Davis regarding Calendar Year 1998 Rank Maximums for Faculty Compensation Guidelines | D000003 |
| 12. | Harvard Medical School System of titles and Appointments, Criteria and Procedures for Making Permanent, Term and Annual Appointments | D000134-D000235 |
| 13. | Memorandum to HMS Appointing Department Heads and Hospital Chief Executive Officers from John Deeley regarding Calendar Year 1997 rank Maximums for Faculty Compensation Guidelines | D001377 |
| 14. | Memorandum to HMS Appointing Department Heads and Hospital Chief Executive Officers from Office of Clinical Program regarding Faculty Compensation Guidelines Rank Maximums for Calendar Year 1999 | D001378 |

# PRELIMINARY PROPOSED EXHIBIT LIST

| TRIAL Ex. | DESCRIPTION | BATES/ID INFO. |
|---|---|---|
| 15. | Memorandum to HMS Appointing Department Heads and Hospital Chief Executive Officers from Raphael Dolin, M.D. regarding Faculty Compensation Guidelines Rank Maximums for Calendar Year 2000 | D001379 |
| 16. | Faculty of Medicine Harvard University Guidelines on Faculty Compensation, March 1997 | D001380-D001400 |
| 17. | Faculty of Medicine Harvard University Guidelines on Faculty Compensation, March 1998 | D001387-D001392 |
| 18. | Faculty of Medicine Harvard University Guidelines on Faculty Compensation, March 1999 | D001393-DD001400 |
| 19. | Harvard Medical School Procedures for Making Permanent, Term and Annual Appointments, September 1997 | D000014-D000133 |
| 20. | March 6, 1998 letter from Dr. Black to Eben Alexander | Complaint Ex. E |
| 21. | Shared Agreement-Neurosurgery – July 1, 1997 – June 30, 1998 | Complaint Ex. F |
| 22. | April 23, 2001 letter from Kenneth Holmes to Kelly Kenny regarding partial FRBP and UDC distributions | Complaint Ex. I |
| 23. | DOL Letter 90-14A | Stein Depo. Ex. 2 |
| 24. | Brigham Surgical Group Foundation, Inc. Corporate Bylaws dated December 22, 1976 and revised March 16, 1987 | |
| 25. | Brigham Surgical Group Foundation, Inc. Deferred Compensation Plan revised October 31, 1992 | |
| 26. | Brigham Surgical Group Foundation, Inc. Faculty Retirement Benefit Plan revised October 31, 1992 | |
| 27. | Minutes of the Executive Committee Meeting dated April 1, 1988 | |
| 28. | Minutes of the Executive Committee Meeting dated May 13, 1988 | |
| 29. | Minutes of the Executive Committee Meeting dated September 29, 1989 | D000291 |
| 30. | Minutes of the Executive Committee Meeting dated February 16, 1990 | |
| 31. | Minutes of the Executive Committee Meeting dated September 18, 1992 | |
| 32. | Minutes of the Executive Committee Meeting dated October 30, 1992 | |
| 33. | Minutes of the Executive Committee Meeting dated December 4, 1992 | |
| 34. | Minutes of the Committee on Compensation Meeting dated October 31, 1990 | |
| 35. | Minutes of the Executive Committee Meeting dated March 26, 1993 | D000967 |

## PRELIMINARY PROPOSED EXHIBIT LIST

| TRIAL Ex. | DESCRIPTION | BATES/ID INFO. |
|---|---|---|
| 36. | Minutes of the Committee on Compensation Meeting dated November 3, 1993 | |