◆ Nystrom Beckman & Paris LLP

September 15, 2006

**Via Electronic Filing**

Honorable Mark Wolf
United States District Court
United States Courthouse, Room 2300
1 Courthouse Way
Boston, MA 02210

    Re: <u>Eben Alexander, III, M.D. v. Brigham and Women's Physicians Organization, Inc.</u>
        C.A. No. 04-10738 MLW (D. Mass.)

Dear Judge Wolf,

    Pursuant to the Court's Order dated September 7, 2006, this is to inform the Court that plaintiff Eben Alexander does not believe that the Court's recusal is required by 28 U.S.C. sec. 455(a) in view of the Court's association with Dr. Gary Gottlieb, and that, in any event, Dr. Alexander wishes to waive this possible ground for recusal under 28 U.S.C. sec. 455(e).

                               Respectfully submitted,

                               **NYSTROM BECKMAN & PARIS LLP**

                               BY:  /s/ Colleen C. Cook
                                    Colleen C. Cook

cc:    David Casey, Esq.
       Dr. Eben Alexander



10 St. James Avenue   16th Floor   Boston   Massachusetts 02116   Tel 617.778.9100   Fax 617.778.9110   www.nbparis.com