**EXHIBIT B**

## STEPHEN M. SADOWSKI, M.B.A. – PRINCIPAL

Mr. Sadowski is a principal with ECG Management Consultants, Inc., a national consulting firm particularly known for specialized expertise regarding academic medical centers, hospital and physician relationships, and physician business affairs. He holds a master of business administration degree from Boston University. Prior to joining ECG in 1991, his line and staff experience included 3 years as a medical group administrator for a surgical department at a major Boston teaching hospital and several years in operations roles with health maintenance organizations. As a consultant, Mr. Sadowski has provided expertise to numerous academic medical centers throughout the country, including those affiliated with:

- Albany Medical College.
- Baylor College of Medicine.
- Boston University School of Medicine.
- Brown University School of Medicine.
- Case Western Reserve University School of Medicine.
- Columbia University College of Physicians and Surgeons.
- Cornell University Medical College.
- Duke University School of Medicine.
- George Washington University School of Medicine.
- Howard University College of Medicine.
- Meharry Medical College School of Medicine.
- Ohio State University College of Medicine.
- Southern Illinois University School of Medicine.
- State University of New York Health Science Center at Syracuse.
- Temple University School of Medicine.
- Tufts University School of Medicine.
- University of Florida College of Medicine.
- University of Maryland School of Medicine.
- University of Massachusetts Medical School.
- University of Medicine and Dentistry of New Jersey – New Jersey Medical School.
- University of Medicine and Dentistry of New Jersey – Robert Wood Johnson Medical School.
- University of Miami School of Medicine.
- University of Vermont College of Medicine.
- Virginia Commonwealth University School of Medicine.
- Wayne State University School of Medicine.
- West Virginia University School of Medicine.

Mr. Sadowski's experience includes engagements involving organizational structuring, ambulatory care operations, design of financial arrangements, graduate medical education, professional fee billing, managed care arrangements, and incentive plan design. He has spoken at a number of industry conferences and authored articles for a variety of publications, a sample of which is provided below.

## Presentations

*Ambulatory Front End Operations Improvement: The George Washington University Medical Faculty Associates*, presented at the May 2000 meeting of the Massachusetts Healthcare Financial Management Association (HFMA).

*Compensation Plan Design in Multispecialty Group Formation*, presented at the February 1999 meeting of the Massachusetts HFMA.

*Strengthening the Finances of Management Service Organizations*, presented at the Spring 1999 meeting of the Medical Group Management Association (MGMA) Financial Management Society and Managed Care Assembly.

*Implications of Changes to Graduate Medical Education Financing for Community Based Academic Medical Centers*, presented at a June 1997 special meeting sponsored by the Association of American Medical Colleges (AAMC).

*The Economics of Managed Care,* presented at a November 1996 meeting sponsored by the Tufts Managed Care Institute.

## Publications

*Confronting the Cost of the Academic Mission at Teaching Hospitals*, published in Healthcare Review, May 2002.

*Improving Physician Productivity in an Ambulatory Care Setting*, published in the Matrix, a periodical of the MGMA Academic Practice Assembly (APA), Spring 2002.

*Designing and Implementing a Flexible Patient Accounting Model*, published in Academic Clinic Practice, a periodical of the AAMC, Spring 2000.

*Compensation Planning – Considerations for a New Era in Academic Medicine*, published in the Matrix, a periodical of the MGMA APA, Winter 1999.

*Defining Teaching Hospitals' Graduate Medical Education Strategy in Response to New Financial and Market Challenges*, published in Academic Medicine, a journal of the AAMC, April 1998.