## Minutes of Executive Committee Meeting - April 1, 1988

A duly called meeting of the Executive Committee of the Board of Directors of The Brigham Surgical Group Foundation, Inc. was held on April 1, 1988 at 4:30 P.M. in the Operations Conference Room at the Brigham and Women's Hospital in Boston. Committee members in attendance were Directors John A. Mannick, M.D.; Robert T. Osteen, M.D.; Robert L. Kirkman, M.D.; John J. Collins, Jr., M.D.; Gordon C. Vineyard, M.D.; and Peter McL. Black, M.D. Also in attendance were Treasurer, Richard E. Wilson, M.D.; Assistant Secretary, Douglas F. MacGregor and Daria J. Christensen.

The minutes of the Executive Committee Meeting of February 8, 1988 were approved as previously distributed.

An analysis of the new space costs which included renovated space for Plastic, Neuro, Cardiac, Thoracic and General Surgery was reviewed at three different cost levels. The negotiation process on the percentage split with the BWH has not been finalized.

The FY89 surplus and major cost considerations were discussed and outlined by item and serve as an opportunity to evaluate a total rent figure the Group should pay over the long term.

An overview of the Department of Surgery's current and future new member staffing plans was reviewed and open for discussion. The current OR scheduling and staffing problems were brought up as a potential problem for the Department when adding any new staff member.

The final agenda item discussed was Compensation Planning. Mr. MacGregor brought up for preliminary consideration that the Unfunded Deferred Compensation (UDC) benefit be limited to those members at or above the rank of Associate Professor.

The change in policy would reduce the accumulations under the UDC plan, while compensation levels would also remain adequate to meet the Group's recruiting needs.

If such a change in compensation were adopted it would be an ex post facto law and apply to only members who are recruited and join the Group after July 1, 1988.

The Committee being in favor of this proposal will await a final proposal at the next meeting.

There being no further business of the Executive Committee the meeting was adjourned at 5:50 P.M. The next meeting of the Executive Committee of the Board of Directors is scheduled for Friday, May 13, 1988.

Respectfully submitted,

Douglas F. MacGregor
Assistant Secretary

(29-5)