Minutes of Executive Committee Meeting - May 13, 1988
------

A duly called meeting of the Executive Committee of the Board of Directors of The Brigham Surgical Group Foundation, Inc. was held on May 13, 1988 at 4:30 P.M. in the Operations Conference Room at the Brigham and Women's Hospital in Boston, Massachusetts. Committee members in attendance were Directors John A. Mannick, M.D.; Marvin P. Fried, M.D.; Peter McL. Black, M.D.; Robert L. Kirkman, M.D.; Robert T. Osteen, M.D.; Gordon C. Vineyard, M.D. and John J. Collins, Jr., M.D. Also in attendance were Secretary, John R. Brooks, M.D.; Assistant Secretary, Douglas F. MacGregor and Daria J. Christensen.

The minutes of the Executive Committee Meeting of April 1, 1988 were approved as previously distributed.

A summary of Harvard salary ceilings for the 1988-89 Academic Year were provided to all members of the committee.

The sabbatical leave policy of the Group, which was developed in 1981 and amended in 1982, has remained unchanged and unused since that time. The policy provides a fixed group payment during the sabbatical period of 50% of academic ceiling over a period of from 6 to 12 months. Recent applications for leaves of less than 6 months have raised the issue of the appropriate Group contributions for leaves of less than 6 months.

It has been proposed that short leaves, leaves of less than 6 months, receive a pro rata portion of the 6 month contribution from the Group, ie: a leave of 2 months would receive 2/6ths of 50% of academic ceiling. This proposal was accepted by the committee.

The sabbatical leave policy is also silent on the issue of when a leave must be taken with relation to the 6 year period of eligibility stated in the policy. The committee would allow the sabbatical benefit - 50% of academic salary - to be used anytime after the first 6 year eligibility period and before the beginning of the next sabbatical year, eg: 3 two month leaves within a 7 year period. For the sake of clarity, the sabbatical cycle is 7 years, 6 years of work and a year of sabbatical leave, thus the second sabbatical year starts after 13 years of service, etc.

The sabbatical policy will be redrafted and presented at the next Executive Committee meeting for further review and approval. If approved it will be submitted to the Committee on Compensation for their final approval.

The Unfunded Deferred Compensation Policy Change, subject to the further approval of the Committee on Compensation, was voted by the Committee as follows:

VOTED: To limit the Unfunded Deferred Compensation benefit to those members at or above the rank of Associate Professor. The benefit will apply to members who are recruited and join the group after July 1, 1988. Members who have already been recruited, and present members are not be affected.

(3-5)

The status of the liquidation of the Group's 401 Pension Plan and Unfunded Deferred Compensation Plan accounts being invested by the Group's outside investment managers, Atalanta-Sosnoff (A-S) and India Wharf Associates (IWA) was reviewed by Mr. MacGregor. At a previous meeting it had been decided to liquidate these accounts but no date was set. At Mr. MacGregor's request, the Committee agreed to liquidate Atalanta-Sosnoff at the first reasonable opportunity at Mr. MacGregor's discretion and to liquidate IWA not later than August 1988.

The subject of Post TRA 86 Deferred Income Planning was reviewed by the Committee. With the possibility of the abandonment of the 403(b) plan, the Committee asked that all possibilities be reviewed as alternatives to this plan. A cost analysis of increasing the 401(a) pension plan contribution rate above its present 12.5% rate will be presented at a future meeting together with the pros, cons and limits of salary reduction agreements under the 403(b) pension plan.

The final agenda item was a review of the FY88 Net Surplus Reconciliation. Despite mid-year efforts to reduce a projected FY88 deficit of some 543K, year end projections made based on third quarter (March 31, 1988) actuals still reflect a deficit of 350K. Some 129K of this deficit represent member deficits that can be recovered in future periods.

There being no further business of the Executive Committee the meeting was adjourned at 6:30 P.M. The next meeting of the Executive Committee of the Board of Directors is scheduled for Friday, June 17, 1988.

Respectfully submitted,

Douglas F. MacGregor
Assistant Secretary

(3-5)