## MINUTES OF THE EXECUTIVE COMMITTEE MEETING

February 16, 1990

A duly called meeting of the Executive Committee of the Board of Directors of the Brigham Surgical Group Foundation, Inc. was held on February 16, 1989 at 4:30 p.m. in the Operations Conference Room of the Brigham and Women's Hospital in Boston, Massachusetts. In attendance were Directors John A. Mannick, M.D.; David C. Brooks, M.D.; Robert T. Osteen, M.D.; Peter McL. Black, M.D.; Timothy J. Eberlein, M.D.; Douglas W. Wilmore, M.D. and Elof Eriksson, M.D. Also in attendance were Treasurer, Marshall Strome, M.D.; Assistant Secretary, Douglas F. MacGregor; and Recording Secretary, Daria J. Christensen. Not present was Secretary, Lawrence H. Cohn, M.D.

The minutes of the last Executive Committee Meeting of December 8, 1989 were approved as previously distributed.

The Brigham Surgical Group Foundation, Inc. will be celebrating their 20th Anniversary on June 29, 1990 with a reception at The Country Club in Brookline from 7:00 - 10:00 P.M. The guest list was reviewed by the Committee, and it was agreed to eliminate the Vascular Fellows past and present from the list.

The Brigham Surgical Group is holding a Marketing Committee Retreat on Saturday, March 17, 1990. The topic was discussed by Mr. MacGregor, who asked for suggestions from the Committee on good marketing techniques. Dr. Mannick reported that an evaluation of himself from his referring physicians by Bud Rose was currently being conducted. This is a helpful marketing evaluation for those who are willing. Dr. Eriksson spoke of the use of FAX machines as a very useful marketing tool. He also suggested that our physician referral lists be updated with FAX numbers, and that more FAX machines be available throughout the group in various divisions. The FAX machines currently in the group are located at the BSG, Plastic Surgery, Cardiac Surgery, and Thoracic Surgery.

Mr. MacGregor briefly reviewed the two changes in the Brigham and Women's Hospital Retirement Plan which became effective January 1, 1990. Salary up to ceiling, i.e. 2x times 11/9ths, is eligible for contributions. Secondly, salary components from more than one institution will no longer be aggregated for the purpose of reaching the Social Security Wage Base ($51,300 for 1990). Each institution will apply the Social Security Wage Base factor independently.

The Group recently revised the Professional Staff Compensation Policy to limit eligibility for unfunded deferred compensation for members that join the Group after 7/1/88 to those at the rank of Associate Professor and above. It was then unanimously voted as follows:

VOTED: Upon approval of the Committee on Compensation, that eligibility for Unfunded Deferred Compensation for members that join the Group after 7/1/88 be at the rank of Associate Professor and above be rescinded. All members at each rank will be eligible for Unfunded Deferred Compensation and/or the Faculty Retirement Benefit Plan.

Mr. MacGregor discussed the 403(b) Salary Reduction Plan which was previously distributed to each member.

There being no further business of the Executive Committee, the meeting was adjourned at 5:30 P.M. The next meeting of the Executive Committee is scheduled for March 16, 1990.

Respectfully submitted,

Douglas F. MacGregor
Assistant Secretary