## Minutes of the Executive Committee Meeting

### October 30, 1992

A duly called meeting of the Executive Committee of the Brigham Surgical Group Foundation, Inc. was held on Friday, October 30, 1992 at 4:30 P.M. in the Administration Conference Room of the Brigham and Women's Hospital in Boston, Massachusetts. In attendance were Directors John A. Mannick, M.D., Chairman; David C. Brooks, M.D.; Douglas W. Wilmore, M.D.; Philip E. Stieg, Ph.D., M.D.; David J. Sugarbaker, M.D.; and Jerome P. Richie, M.D. Also in attendance were Secretary Lawrence H. Cohn, M.D.; Treasurer Marshall Strome, M.D.; Robert T. Osteen, M.D.; Assistant Secretary Douglas F. MacGregor; and Assistant Administrator Daria J. Christensen. Unable to attend was Director James M. Becker, M.D.

The minutes of the last Executive Committee Meeting held on September 18, 1992 were approved as previously distributed.

Discussion of the list of Options to Improve Surplus Generation was reopened by Dr. Mannick. After much discussion, the following compensation changes were given preliminary approval. A second reading will be provided at the next Executive Committee meeting before any recommendations are made to the Committee on Compensation.

First, the compensation eligibility of members hired after 10/31/92 at the rank of Instructor or Assistant Professor shall be limited to an incentive salary up to Harvard ceiling plus a 401(a) pension contribution thereon for their first three full years of employment. Such new members shall not be eligible for participation in the Faculty Retirement Benefit Plan (FRBP), the Faculty Educational Benefit Plan (FEBP) or the Unfunded Deferred Compensation (UDC) Plan. New Members for whom employment arrangements were completed prior to 10/31/92 will not be affected by the above limitations on the benefits available to new members in their first three full years of employment.

Dependents of members at the rank of Instructor will no longer be eligible to participate in the Faculty Educational Benefits Plan, effective 10/31/92.

Notwithstanding the above, the dependents of Instructor who have already started their participation in the FEBP shall be allowed to complete their four (4) year eligibility with or without interruption of their matriculation.

Lastly, members at the rank of Instructor shall cease to be eligible for UDC effective on 7/1/94 (AY95). Members hired after 10/31/92 at the rank of Instructor shall not be eligible to participate in the UDC plan, regardless of the length of their employment, i.e.: even after their first three years of employment.

New members for whom employment arrangements were completed prior to 10/31/92 will not be affected by the above limitations on eligibility for the UDC plan.

The consultant hired by the BWH to evaluate the adequacy of hospital's Administration, Supervision & Teaching (AS & T) salary structure has not yet convened his committee or met with Dr. Mannick. Dr. Mannick will keep the Committee informed of progress.

The issue of additional OR time for Neurosurgery, Cardiac Surgery and Thoracic Surgery was highlighted as a problem. In order to protect the demand for these pivotal services until additional OR space is available in 1994, it was agreed to allocate them more OR block time effective November 1, 1992. Dr. Brooks is to work with Dr. Mannick in developing the revised block time schedule. To make this change workable, other specialty divisions will need to develop alternative OR options at N.E. Surgicare as well as with other area institutions.

Dr. Mannick reviewed the option of using the New England Baptist for expansion in the Divisions that need more OR time. This could provide some relief in the short run with the understanding this volume might need to return to the Brigham in 1994 with the opening of the new L1 OR suite. The recently vacated cardiology room on the 8th floor must be made ready for minor surgical procedures with the accommodations worked out with anesthesia and nursing.

There was discussion regarding the availability of anesthesia in the APR suite and the addition of a 4th APR when Ophthalmology moves from ASB2 to 221 Longwood Ave circa June 93. There is consideration being given to feasibility of part of the Sears building becoming an HCHP or joint HCHP/BWH Ambulatory Center which would include endoscopy and ambulatory surgery suites.

There being no further business of the Executive Committee, the meeting was adjourned at 6:00 P.M. The next meeting of the Executive Committee is scheduled for December 4, 1992.

Respectfully submitted,

*Douglas F. MacGregor*
Douglas F. MacGregor
Assistant Secretary