UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DR. EBEN ALEXANDER,         )
    Plaintiff,          )
                                                      )   C.A. No. 04-10738-MLW
    v.                      )
                                                       )
BRIGHAM AND WOMEN'S HOSPITAL,  )
ET AL.,                     )
    Defendants.         )

ORDER

WOLF, D.J.                                              October 19, 2006

It is hereby ORDERED pursuant to Fed. R. Evid. 615 that each witness in this case:

1.  Shall not discuss this case, including but not limited to his or her prospective testimony, with any other witness;

2.  Shall be excluded from the courtroom except when testifying, unless he or she is a party or the designated representative of a party;

3.  Shall not after testifying tell any prospective witness what he or she was asked or answered.

This Order shall not operate to prevent counsel from conferring with a witness prior to his or her testimony. However, unless protected by the attorney-client privilege, such communications may be explored on direct and/or cross-examination of the witness.

                                              /s/ MARK L. WOLF
                                              UNITED STATES DISTRICT COURT