UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-10738

| Eben Alexander | Brigham & Women's Physician's Organization |
|---|---|
| PLAINTIFF | DEFENDANT |
| Michael Paris | David Casey |
| Colleen Cook | Laurie Hubbard |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf           CLERK   O'Leary           REPORTER Romanow

CLERK'S NOTES

| DATES: | Bench Trial - Day 1 |
|---|---|
| 10/19/06 | Defendant informs the court that it does not object to its continued involvement in the case and waives any such claim.  Court issues sequestration order.  Court goes over preliminary matters with the parties.  Parties deliver their opening statements.  Defendant calls Dr. John Manic - witness takes the stand and is sworn.  Court admits the 26 agreed upon exhibits into evidence.  Court goes over the testimony of Sadowski with the parties and the accompanying motion in limine.  Court resumes after lunch and discusses the remainder of the schedule with the parties.  Parties agree that it is best to recess until tomorrow morning at 9:30 AM |