UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-10738

| Eben Alexander | Brigham & Women's Physician's Organization |
|---|---|
| PLAINTIFF | DEFENDANT |
| Michael Paris | David Casey |
| Colleen Cook | Laurie Hubbard |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Bench Trial - Day 2 |
|---|---|
| 10/20/06 | Court goes over preliminary matters with the parties. Dr. Manic retakes the stand and is reminded by the court that he remains under oath. Defendant calls Dr. Eben Alexander - witness takes the stand and is sworn. Defendant rests. Plaintiff calls Dr. Eric Woodard - witness takes the stand and is sworn. Plaintiff rests, defendant does not put on a rebuttal case. Evidence phase is concluded. Court listens to closing arguments. Parties shall can supplement their submissions on Monday, October 23, 2006 by 3:00 PM on the two issues outlined in court today. Court otherwise takes the matter under advisement. |