
**LITTLER MENDELSON®**
A PROFESSIONAL CORPORATION

October 31, 2006

Laurie Drew Hubbard
Direct: 617.378.6013
Direct Fax: 617.507.6459
lhubbard@littler.com

ARIZONA

CALIFORNIA

COLORADO

DISTRICT OF COLUMBIA

FLORIDA

GEORGIA

ILLINOIS

MASSACHUSETTS

MINNESOTA

NEVADA

NEW JERSEY

NEW YORK

NORTH CAROLINA

OHIO

PENNSYLVANIA

TEXAS

WASHINGTON

**BY HAND DELIVERY**

Mr. Dennis O'Leary
United States District Court for the District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02110

Re:   *Alexander v. Brigham and Women's Physicians Organization, Inc., et al.*
      Civil Action No. 04-10738-MLW

Dear Mr. O'Leary:

As we discussed last week, I am enclosing two complete copies of the Faculty Retirement Benefit Plan ("FRBP"), which was Trial Exhibit 4 during the October 19-20 bench trial in the above-referenced matter. These copies should replace the incomplete version of the FRBP contained behind tab four in the Court's exhibit binders.

Thank you for your attention to this matter. Please do not hesitate to contact me should you have any questions.

Sincerely,

*/s/ Laurie Drew Hubbard/*

Laurie Drew Hubbard

Enclosures

cc:   Colleen Cook, Esq. (by first class mail; w/enc)
      David C. Casey, Esq.

Firmwide:81628149.1

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
One International Place, Suite 2700, Boston, Massachusetts 02110 Tel: 617.378.6000 Fax: 617.737.0052