UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EBEN ALEXANDER, III, M.D. ) | |
| ) | |
| v. ) | C.A. No. 04-10738-MLW |
| ) | |
| BRIGHAM AND WOMEN'S PHYSICIANS ) | |
| ORGANIZATION, INC., et al. ) | |

ORDER

WOLF, D.J.                                                            January 12, 2007

In view of the January 12, 2007 letter from counsel for Plaintiff Eben Alexander, III, it is hereby ORDERED that:

1. Counts XI and XIII are DISMISSED.

2. Judgment shall enter for defendants on Count XII.[1]

/S/ MARK L. WOLF
UNITED STATES DISTRICT JUDGE

---

[1] On December 26, 2006, the court ordered that judgment be entered for defendants on the other then remaining counts, Counts IX and X.