UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>EBEN ALEXANDER</u>
        Plaintiff(s)

v.          CIVIL ACTION NO. <u> 04-10738-MLW  </u>

<u>BRIGHAM AND WOMENS' PHYSICIAN'S
ORGANIZATION, INC. et al</u>
        Defendant(s)

### JUDGMENT IN A CIVIL CASE

<u>WOLF, D.J.</u>

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict as to Count I.

**X**     **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED: Counts XI and XIII are hereby dismissed and judgment shall enter for the defendants on counts IX, X and XII**.

    SARAH A. THORNTON, CLERK

Dated: <u>January 19, 2007</u>      <u>/s/ Dennis O'Leary                </u>
                                       ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is <u>      </u>.

(judgciv.frm - 10/96)          [jgm.]