## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-10738

Eben Alexander, III, M.D.

v.

Brigham and Women's Physicians Organization, Inc.

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-31, 35-53, 55-60, 62-91

and contained in I-II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/25/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 14, 2007.

Sarah A. Thornton, Clerk of Court

By: _____

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/14/07.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06